# Indictment Synopsis

| | |
|---|---|
| **Name:** | Marquis Aiken |
| **Address:** (City & State Only) | Brooklyn, New York |
| **Year of Birth and Age:** | 1992; 22 years old |
| **Violations:** | Count 1: Possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Count 1: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both. <br><br> This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | MDEA/Pappas |
| **Detention Status:** | Currently in state custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | David B. Joyce |

| | |
|---|---|
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |