# United States Court of Appeals
## For the First Circuit

No. 17-1036

UNITED STATES OF AMERICA,

Appellant,

v.

MARQUIS AIKEN,

Defendant, Appellee.

**JUDGMENT**
**Entered: June 1, 2018**

    A panel majority in this case concluded that the district court reversibly erred in ruling that Marquis Aiken had a reasonable expectation of privacy in his host's motel room. Aiken then filed a petition for panel rehearing or rehearing en banc. The panel now agrees to vacate the previous judgment, withdraw the original opinion, and remand the case to the district court for clarification on the following points:

    In reaching its ruling, the district court found that "[t]he morning hour, appearance of the room, and appearance of its occupants were consistent with the two occupants -- Bonnett and Aiken -- having slept in the room and, therefore, having occupied the room for more than a brief period." We ask the court to clarify -- with appropriate findings and analysis -- whether Aiken qualifies as an "overnight guest" under Minnesota v. Olson, 495 U.S. 91 (1990), and its offspring, including Minnesota v. Carter, 525 U.S. 83 (1998). The court may, if necessary, choose to reopen the record in order to allow additional evidence to be presented. The court should obtain further briefing from the parties after remand.

    The clerk of court shall provide the district court with a copy of all filings with respect to the petition for rehearing. This panel retains jurisdiction over any further appeals in this case.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Jon David Levy
Christa Berry, Clerk, United States District Court for the District of Maine
Vivian Shevitz
Marquis Aiken
Renee M. Bunker
David B. Joyce
Benjamin M. Block