Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
914-763 2122<br>
vivian@shevitzlaw.com

May 14, 2018

Margaret Carter, Clerk of the Court (by ecf)
United States Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:  *United States v. Aiken*, 17-1036 – Petition for Rehearing
           Rule 28(j) citation of authority

Dear Ms. Carter:

    I am (appointed) counsel for Respondent Marquis Aiken. Mr. Aiken's petition for rehearing and rehearing *en banc* is presently pending, raising the issue of the expectation of privacy on the part of a guest of a guest in a hotel room.

    Today, the Supreme Court of the United States decided *Byrd v. United States*, No. 16–1371 (May 14, 2018), and held unanimously "that, as a general rule, someone in otherwise lawful possession and control of a rental car has a reasonable expectation of privacy in it even if the rental agreement does not list him or her as an authorized driver."

    This case supports rehearing and affirmance of the district court's order of suppression because Mr. Aiken had a legitimate expectation of privacy.

                                      Very truly yours,
                                      /s/
                                      Vivian Shevitz

Cc:  All counsel (by ecf).