

**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

*100 Middle Street*  (207) 780-3257
*6th Floor, East Tower*  TTY (207) 780-3060
*Portland, ME 04101*  Fax (207) 780-3304
  www.usdoj.gov/usao/me

May 16, 2018

Margaret Carter, Clerk
U.S. Court of Appeals for the First Circuit
One Courthouse Way, Ste. 2500
Boston, MA 02210

Re: United States v. Marquis Aiken, CA No. 17-1036

Dear Ms. Carter:

    I am filing this letter in response to appellee Aiken's letter of May 14, 2018, regarding the Supreme Court's recent decision in Byrd v. United States, No 16-1371 (May 14, 2018) (slip op.).

    The Supreme Court in Byrd held that "the mere fact that a driver in lawful possession or control of a rental car is not listed on the rental agreement will not defeat his or her otherwise reasonable expectation of privacy." Id. at 15. The Court remanded the case for the lower courts to determine whether probable cause existed to support the search and "for further factual development" regarding how Byrd came to possess the vehicle and whether those circumstances support Byrd's claim of a reasonable expectation of privacy. Id. at 13, 15.

    Byrd does not undermine this Court's opinion in United States v. Aiken, 877 F.3d 451 (1st Cir. 2017), nor does it support rehearing. It stands for the proposition – not disputed by the government in Aiken – that a person may possess a reasonable expectation of privacy in a place given lawful presence and a sufficient level of dominion and control. Appellee Aiken, however, failed to meet his burden to establish facts showing any dominion or control, let alone a reasonable expectation of privacy in the hotel room that was searched. Id. at 455-58. Byrd does not change the factual record in this case nor the legal principles underlying this Court's sound opinion.

    Thank you for your consideration.

1

Sincerely,

Halsey B. Frank
United States Attorney

*/s/ Benjamin M. Block*
Benjamin M. Block
Assistant U.S. Attorney

2

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2018, I electronically filed Rule 28(j) Letter, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Vivian Shevitz, Esq.
Attorney for Marquis Aiken
46 Truesdale Lake Drive
South Salem, New York 10590
914-763-2122


                                                          */s/ Melody Richardson*
                                                        Melody Richardson
                                                        Paralegal Specialist