# United States Court of Appeals
## For the First Circuit

No. 17-1036

UNITED STATES,

Appellant,

v.

MARQUIS AIKEN,

Defendant - Appellee.

**MANDATE**

Entered: June 25, 2018

In accordance with the judgment of June 1, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Marquis Aiken
Benjamin M. Block
Renee M. Bunker
David B. Joyce
Vivian Shevitz