## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:14-CR-138-JDL |
| v. ) | |
| ) | |
| MARQUIS AIKEN ) | |

### STATUS REPORT

    The United States of America, by and through its undersigned counsel, hereby notifies the Court that the parties have reached a tentative agreement in this matter.  The defendant is expected to enter a guilty plea to an unrelated drug trafficking charge in the Androscoggin County Superior Court.  The guilty plea in state court is expected to occur in November 2018.  Upon entry of this plea, the United States will seek leave to dismiss the pending indictment in this matter.

    Dated at Portland, Maine this 28th day of September, 2018.

    Respectfully submitted,

    Halsey B. Frank
    United States Attorney

    /s/David B. Joyce
    Assistant U.S. Attorney
    United States Attorney's Office
    100 Middle Street
    Portland, ME 04101
    david.joyce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, I filed the foregoing Status Report using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

/s/David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
david.joyce@usdoj.gov