UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14-cr-138-JDL |
| | ) | |
| MARQUIS AIKEN | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT

The United States of America, by and through its attorneys, Halsey B. Frank, United States Attorney for the District of Maine, and David B. Joyce, Assistant United States Attorney, respectfully moves under Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss without prejudice the Indictment in this case. As part of negotiations between the parties, the defendant entered a guilty plea in state court to a separate drug trafficking offense. Consequently, the Government now seeks leave to dismiss the above captioned indictment.

Date: November 14, 2018

Respectfully submitted,

Halsey B. Frank
United States Attorney

/s/David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
david.joyce@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I filed the foregoing motion using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

/s/David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
david.joyce@usdoj.gov